**60** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR GREEN, Appellant. [884 NYS2d 193]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Rienzi, J.), imposed November 9, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Dillon, Angiolillo and Belen, JJ., concur.